# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 27, 2015

Before

WILLIAM J. BAUER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

RUDOLPH T. RANDA, *District Judge*[*]

Nos. 11-3519, 11-3627, 12-1016, and 12-1290

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee*, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 06-CR-586 |
| CHRISTOPHER BLITCH, *et al.*,<br>    *Defendants-Appellants*. | Harry D. Leinenweber, *Judge*. |

### O R D E R

No judge of the court having called for a vote on the Petition For Rehearing or Rehearing En Banc filed by Defendants-Appellants on January 13, 2015, and all of the judges on the original panel having voted to deny the same,

IT IS HEREBY ORDERED that the Petition For Rehearing or Rehearing En Banc is DENIED.

IT IS FURTHER ORDERED that the opinion issued in the above-entitled case on December 2, 2014, is hereby amended as follows:

---

[*] Of the Eastern District of Wisconsin, sitting by designation.

On page 12, the first sentence of the first full paragraph starting "*Mayfield* also observed that predisposition is more amenable …" is deleted. The remainder of that paragraph is moved up and included with the preceding paragraph.